# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141423 & (29)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

GREGORY WINES,
        Defendant-Appellant.

SC: 141423
COA: 295711
Kent CC: 93-064278-FC

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the April 29, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2011

Clerk

p0323